THE STATE ex rel. VITAL W. GARESCHE v. JOHN W. DRABELLE et al., as Members of Board of Election Commissioners.

**In Banc, June 2, 1914.**

For the reasons stated in State ex rel. v. Roach, *ante,* page 541, the peremptory writ of mandamus prayed for herein is denied.

## Mandamus.

WRIT DENIED.

*Spencer & Donnell* and *George B. Webster* for relator.

*John T. Barker,* Attorney-General, and *W. T. Rutherford,* Assistant Attorney-General, for respondents; *Marion C. Early* of counsel.

FARIS, J.—This is a companion case to that of State ex rel. Garesche v. Roach, decided at this sitting and reported at page 541 of this report. Respondents

herein compose the Board of Election Commissioners of the City of St. Louis; otherwise the facts in the two cases are precisely similar.

For the reasons set out in the Roach case, supra, it follows that the peremptory writ of mandamus prayed for herein should be denied. It is so ordered. *Woodson, Brown* and *Walker, JJ.,* concur; *Lamm, C. J.,* and *Graves, J.,* concur as marked in Roach case; *Bond, J.,* dissents as marked in Roach case.